In The United States District Court
For The District Of Maryland

Nolan Kinard Floyd sr
SID# 3245156
D.O.B July 18, 1990
13800 McMullen Hwy SW
Cumberland, MD 21502
Plaintiff,

                                    Civil Action No.

V.

Baltimore City Police Department
"et al"
C/o 242 W. 29th St.
Baltimore, MD 21211
Defendants,

## Complaint

1) This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of State law of rights secured by the Constitution of the United States. On the dates and times listed in the continuation of this complaint, (Primary Investigator Det. Christopher Ott Sequence No.# G908) and (Administrator Investigator Keith Savada Sequence No.# J391) violated the plaintiff right to due process and procedural due process of law.

- Defendants -

2) Defendant (Det. Christopher Ott) was the primary investigator for a non fatal shooting that occurred on 2/21/19 at 3600 E. Lombard St. He was legally responsible for filing an application for statement of charges on the plaintiff herein. He was responsible for having the charging document issued by the Commissioner before it resulted to the arrest of the plaintiff.

3) Defendant (Det. Keith Savadel) was at all times the administrator investigator for a Non Fatal Shooting that occurred on 2/21/19 at 3600 E. Lombard St. He was at all times legally responsible for conducting a photographic array with a "victim/witness" named (Nikitto Raye Gillis) at John Hopkins Hospital on the date of 2-25-19 at approximately 11:38 am.

- Facts -

4) On the date of February 25, 2019 at approximately 11:38am Defendant (Keith Savadel) conducted a photographic array with a witness/victim, (Nikitto Raye Gillis) at John Hopkins Hospital. However, during the interviews with the victim/witness Det. (Keith Savadel) turned the video footage off then turned it back on after the defendant and the victim staged an act on the plaintiff herein which resulted to an arrest. After the interview with (Nikitto Raye Gillis) Det. Keith Savadel failed to pursue a systematic evaluation with each individual (Nikitto Raye Gillis) was interviewed by at John Hopkins Hospital to detect if the Mr. Gillis was actually being truthful and consistent with his testimony. The defendants negligence and choice of order while working under the color of state law violates the plaintiffs right to due process and procedural due process of law.

-Facts-

5) On the date of February 26, 2019 at approximately 5:38am Defendant (Det. Christopher Ott) filed an application for a charging document on the plaintiff herein. A charging document is required to be issued by the commissioner because it may lead to an arrest of an individual. However on the above said date and time Det. Christopher Ott breached and altered the charging document while under oath. The application have scribble on the blank that states "I decline to issue a charging document because of lack of probable cause" after it was already checked and it was signed by a clerk located: 1400 E. North Ave Balto, MD 21213.

6) The plaintiff has been incarcerated for over three years and had a jury trial in Baltimore City Circuit Court in August "2019". The case was mistrial infront of Charles Peters. If the plaintiff would've been found guilty behind the fraudulent act he could've been subject to life in prison when he should've never been trialed. Detective Christopher Ott committed perjury and violate the plaintiff's right to due process and procedural due process of law.

-Exhaustion of Legal Remedies-

7) Plaintiff, (Nolan Kinard Floyd Sr) filed a complaint on the defendants at the Baltimore City Police Department, located c/o 242 W. 29th St. Baltimore, MD 21211, and was advised that an investigation will be opened on the claim.

-Legal Claims-

8) Defendants mentioned herein violated the plaintiff's right to due process and procedural due process of law by the fourth, Fifth, Eighth, Thirteenth and fourteenth Amendments to the United States Constitution.

— Prayer For Relief —

Wherefore, plaintiff (Nolan Kinard Floyd Sr.) respectfully prays that this court enter judgement granting plaintiff;

9) A declaration that the act and omissions described herein violated plaintiff (Nolan Kinard Floyd Sr.) rights under the Constitution and laws of the United States.

10) Compensatory damages in the amount of $500,000.00 against Baltimore City Police Department Officers.

11) Punitive damages in the amount of $500,000.00 against Baltimore City Police Department Officers.

12) A jury trial on all issues triable by jury.

13) Plaintiff's cost in this suit.

14) Any additional relief this court deems just, proper and equitable.

Date: February 23, 2022

Respectfully Submitted,

Nolan Floyd Sr.

SID# 3245156

D.O.B July 18, 1990

13800 McMullen Hwy SW

Cumberland, MD 21502

February 23, 2022

Certificate OF Service

I hereby certify that on this 23rd day of February 2022 I mailed a Declaration in Support of Motion to Proceed In Forma Pauperis to the honorable Clerk of the United States District Court For The District of Maryland.

Clerk: Catherine M. Stavlas (101 W. Lombard St, Balto, MD 21201)

Very Truly,

[signature]

I do solemnly declare and affirm under the penalties of perjury that the contents of this document are true and correct to the best of my knowledge and ability.

Respectfully Submitted,

[signature]

SID# 324/5154

D.O.B July 18, 1990
13800 McMullen Hwy SW
Cumberland, MD 21502